No. 79–1924. INDEPENDENT ORDER OF FORESTERS *v.* BIER ET AL. Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 79–1925. MOUNTAINEER EXCAVATING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 79–1926. UNION CAMP CORP. *v.* SEABOARD COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari denied.

No. 79–1927. FRANCIS *v.* UNITED STATES; and
No. 80–292. DELILLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 620 F. 2d 939.

No. 79–1928. TULLY CORPORATION OF VIRGINIA *v.* WINTER, A MINOR BY WINTER. C. A. 7th Cir. Certiorari denied.

No. 79–1929. BANKS ET UX. *v.* PHILLIPS. Ct. App. N. C. Certiorari denied.

No. 79–1930. ALBERNAZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1931. SANDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1932. THORNTON *v.* EQUIFAX, INC. C. A. 8th Cir. Certiorari denied.

No. 79–1933. WESLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1934. DANIELS *v.* SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.